UNITED STATES of America,
Plaintiff–Appellee,

v.

Ernest Joshon **WRIGHT**, Defendant–
Appellant.

No. 15–6133.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 23, 2015.

Decided: April 28, 2015.

Ernest Joshon Wright, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Seth Morgan Wood, Office of the United States Attorney, Raleigh, NC, for Appellee.

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernest Joshon Wright seeks to appeal the district court's order denying his motion for recusal. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Wright seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*